# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 24-CR-00091-GKF-1** |
| **BRANDON MAXWELL,** | |
| **Defendant.** | |

### Petition for Writ of Habeas Corpus Ad Prosequendum

COMES NOW Adam Bailey, Assistant United States Attorney for the Northern District of Oklahoma, and represents to this Honorable Court that there is now pending in this Court a certain case in which the United States of America is plaintiff and in which BRANDON MAXWELL, OK DOC #651311 is defendant, and that the case is set for initial appearance at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have BRANDON MAXWELL present at Tulsa, Oklahoma, for initial appearance, forthwith, and for the duration of this case.

That BRANDON MAXWELL at this time is a prisoner in the Oklahoma State Penitentiary, McAlester, Oklahoma and will not have been released on the date that the initial appearance is scheduled, and that BRANDON MAXWELL is in the

charge, custody, and under the control of the Warden of Oklahoma State Penitentiary, McAlester, Oklahoma.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum be issued by this Honorable Court to the Warden of said institution, and that he be directed and required to deliver the body of BRANDON MAXWELL to the United States Marshal for the Northern District of Oklahoma, or a Deputy Marshal, or to any federal law enforcement agent, and that the Marshal, deputy, or agent shall produce and bring the body of BRANDON MAXWELL before this Court in Tulsa, Oklahoma, forthwith, and that upon completion of this case, the Marshal, deputy, or agent shall return the body of BRANDON MAXWELL to the aforesaid Oklahoma State Penitentiary, McAlester, Oklahoma.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

/s/ Adam C. Bailey
Adam Bailey, CO Bar No. 42262
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

STATE OF OKLAHOMA            )
                            ) ss.
COUNTY OF TULSA              )

Adam Bailey, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum, states that the facts contained therein are true and correct to the best of my knowledge and belief.

/s/ Adam C. Bailey_____
Assistant United States Attorney

Subscribed and sworn to before me this __23rd__ day of April, 2024.

/s/ Kimberly M. Jackson_____
Notary Public

My commission #10001781 expires:

_____3/3/2026_____