IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 24-CR-00091-GKF-1 |
| BRANDON MAXWELL, | |
| Defendant. | |

**Writ of Habeas Corpus Ad Prosequendum**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE:

UNITED STATES MARSHAL, TULSA, OKLAHOMA,
and Warden, Oklahoma State Penitentiary, McAlester, Oklahoma

GREETINGS:

You are hereby commanded to deliver the body of BRANDON MAXWELL, OK DOC #651311 by you imprisoned and now held in your custody and under your control, to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, which the United States Marshal, deputy, or agent shall bring the body of BRANDON MAXWELL to the United States District Court for the Northern District of Oklahoma forthwith, in a certain case wherein the United States of America is plaintiff and BRANDON MAXWELL is defendant, and upon completion of this case, the United States Marshal, deputy, or agent shall return BRANDON MAXWELL to the aforesaid Oklahoma State Penitentiary, McAlester,

Oklahoma and that thereupon the Marshal, deputy, or agent shall then and there make return of his actions and doings on said writ as provided by law.

Dated this 23rd day of April, 2024.

                                  MARK C. McCARTT, Clerk
                                  United States District Court
                                  Northern District of Oklahoma

By: _____
       Deputy, K. Perkins

ACB/kj